## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter 7** |
| **PETER WILLIAM DiGIOVANNI** | : | |
| | : | |
| Debtor | : | **Bky. No. 09-12738ELF** |

# O R D E R

     **AND NOW,** upon consideration of the Debtor's Motion to Impose A Stay Pursuant to 11 U.S.C. § 362(c)(4)(B) ("the Motion"), and the response thereto of Michele and Norman Demko ("The Demkos"), acting in their capacities as co-Executors of the Estate of Helen J. DiSabato ("the Estate"), and after a hearing, and for the reasons set forth in the accompanying Memorandum,

     It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  Subject to Paragraph 3 below, a stay identical to the scope of the automatic stay provided in 11 U.S.C. §362(a) is imposed with respect to the Debtor's prepetition debt to the Demkos ("the Imposed Stay").

3.  The Imposed Stay shall restrain Mr. and Mrs. Demko from enforcing the monetary obligations of the Debtor under the orders of the Court of Common Pleas, Chester County, Pennsylvania dated October 9, 2008 and entered in connection with the administration of the Estate.

4.  The Imposed Stay shall not restrict Mr. and Mrs. Demko's right to enforce any non-monetary obligations of the Debtor under the orders entered by the Court of Common Pleas, Chester County, Pennsylvania in connection with the administration of the Estate.

5.  The Imposed Stay shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

6.  This Order is effective immediately upon its entry on the docket.

**Date:**   **July 16, 2009**

                       **ERIC L. FRANK**
                       **U.S. BANKRUPTCY JUDGE**

**Counsel**
Peter William DiGiovanni, pro se

Leo M. Gibbons
John F. McKenna
Attorneys for  Michele and Norman Demko,
Co-Executors of the Estate of Helen J. DiSabato